**VICTOR N. PIPPINS**
California State Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ2373 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JUAN RODRIGUEZ-CIFUENTES, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: August 6, 2008                    */s/ Victor N. Pippins*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Victor_Pippins@fd.org

1

## <u>CERTIFICATE OF SERVICE</u>

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6          Copy to Defendant

7

8  Dated:  August 6, 2008                    _/s/ Victor N. Pippins_____
                                            Federal Defenders of San Diego, Inc.
9                                           225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
10                                          (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
11                                          Victor_Pippins@fd.org email

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28